1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6840
7       FAX: (415) 436-7234
        Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-CR-0030 CRB |
| Plaintiff, | **[PROPOSED] ORDER EXCLUDING TIME TO OCTOBER 31, 2025** |
| v. | |
| CHRISTINA MOBLEY, | |
| Defendant. | |

The Court had set September 10, 2025, as the date for a change of plea. On September 9, 2025, the parties lodged a copy of a draft plea agreement with the Court for its consideration. Also on September 9, 2025, the defense indicated that both the Defendant and defense counsel were unavailable for the next day's hearing due to illness. The Court then reset the change of plea hearing to October 31, 2025.

The Court finds that the time between September 10, 2025, and October 31, 2025, is excludable from computation under the Speedy Trial Act due to the unavailability of the Defendant. 18 U.S.C. § 3161(h)(3)(A). The Court also finds that failing to exclude the time through October 31, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The

Court further finds that the ends of justice served by excluding the time from September 9, 2025, through October 31, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from September 9, 2025, through October 31, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(3); 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
Hon. CHARLES R. BREYER
United States District Judge