# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: December 10, 2025　　　　　　　　Judge:  Honorable Charles R. Breyer

Court Reporter: Kendra Steppler  
Time: 7 Minutes  
Case No.: CR25-0030-1 CRB  
Case Name:  USA v. Christina Ann Mobley (Present)

Attorney(s) for Government: Kevin Barry  
Attorney(s) for Defendant(s): Jennifer Wirsching

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held. The parties provided the Plea Agreement to the Court.  The defendant was sworn.  Defendant plead guilty to Count(s) 1, 3, 4 and 10 of the Indictment. Sentencing hearing set for March 18, 2026 at 10:00 a.m.