CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-CR-0030 CRB |
|     Plaintiff, | STIPULATION TO CHANGE HEARING DATE FROM MARCH 19, 2026 TO MAY 20, 2026, AND [PROPOSED] ORDER |
|     v. | |
| CHRISTINA MOBLEY, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Christina Mobley, that the date for the defendant's sentencing be changed from March 18, 2026, to May 20, 2026.

Counsel for the defendant is currently in trial and counsel for the government has developed a conflict for March 18, 2026. The parties have received the draft Presentence Report and are reviewing it. The Probation Officer drafting that Report has agreed to this continuance of sentencing.

//

//

//

STIPULATION TO CHANGE HEARING DATE AND [PROPOSED] ORDER
25-CR-0030 CRB                                           v. 7/10/2018

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 20, 2026                              /s/
                                                    KEVIN J. BARRY
                                                    Assistant United States Attorney

DATED:  February 20, 2026                             /s/
                                                    JENNIFER J. WIRSCHING
                                                    Counsel for Defendant Christina Mobley

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the date currently set for sentencing, March 18, 2026, be vacated and the sentencing hearing is rescheduled to May 20, 2026.

IT IS SO ORDERED.

DATED:  February 23, 2026

                                                    Hon. CHARLES R. BREYER
                                                    United States District Judge

STIPULATION TO CHANGE HEARING DATE AND [PROPOSED] ORDER
25-CR-0030 CRB                                                    v. 7/10/2018