Jennifer J. Wirsching
2600 West Olive Ave. 5th floor
Burbank, CA 91505
424-901-9280
Wirschinglaw@outlook.com


Attorney for Defendant
Christina Ann Mobley

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 25-CR-0030 CRB |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE SENTENCING DATE** : MODIFIED ORDER FROM MAY 20, 2026 TO JULY 15, 2026 |
| v. | |
| **CHRISTINA ANN MOBLEY,** | |
| Defendant. | |

**INTRODUCTION**

Defendant CHRISTINA ANN MOBLEY, by and through her counsel of record, attorney Jennifer J. Wirsching, moves this Honorable Court to continue the sentencing date and all associated deadlines from may 20, 2026 to July 16, 2026 due defendant having surgery and needing to recover. This motion is based upon the complete files and records in this action.

Notice to Government

I gave written notice to Government counsel, AUSA Kevin Barry of the defense intent to file this motion to continue the sentencing hearing date, and the reasons on which it is based.

<u>Government has No Opposition</u>

ASUA Barry has advised me in writing that the Government has no opposition.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Christina Mobley brings this motion to continue the sentencing hearing and all associated deadlines based upon Ms. Mobley having recent surgery and needing to recover.

The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

Dated: April 30, 2026

_____/s/_____
Jennifer J. Wirsching
2600 West Olive Ave. 5th floor
Burbank, CA 91505
424-901-9280
Wirschinglaw@outlook.com

**CERTIFICATE OF SERVICE**

I further certify that on April 20, 2026, I caused a copy of this motion to be served via EFC to: Kevin Barry, Assistant United States Attorney, Northern District of California.

_____/s/ _____
Jennifer J. Wirsching
2600 West Olive Ave, 5th Fl
Burbank, CA 91505
424-901-9280
wirschinglaw@outlook.com

3

[~~PROPOSED~~] **ORDER**

Based upon the facts set forth in the Defendant's Motion to Continue the Sentencing Date and for good cause shown, IT IS HEREBY ORDERED that the sentencing in this matter be continued from May 20, 2026 to ~~July 16, 2026~~ July 15, 2026 at 10:00 a.m..

**IT IS SO ORDERED.**

DATED: _____May 1, 2026_____    _____

Hon. CHARLES R. BREYER
United States District Judge

4